# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Liberty Mutual Fire Insurance Company,

Plaintiff(s),

v.

R & D Bus Company,

Defendant(s).

Case No. 16 CV 11413
Judge Feinerman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $           ,

which ☐ includes           pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment Order (AO 450): Judgment is entered in favor of Plaintiff Liberty Mutual Fire Insurance Company and against Defendant R&D Bus Company in the amount of $365,000.00.

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☒ tried by Judge Gary Feinerman without a jury and the above decision was reached.
☐ decided by Judge      on a motion

Date: 7/6/2017

Thomas G. Bruton, Clerk of Court

Lakisha C. Williams, Deputy Clerk